SECOND DEPARTMENT, SEPTEMBER, 1995

(September 8, 1995)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL P. ROMANO, on Behalf of CONCHITA LINK, Petitioner, v GERALD BURCKHARD, Respondent. [631 NYS2d 520] —Writ of habeas corpus in the nature of an application to reduce bail upon Westchester County Indictment No. 95-00904.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Westchester County Indictment No. 95-00904 to the sum of $35,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Miller, J. P., Altman, Goldstein and Florio, JJ., concur.